COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 THE STATE OF TEXAS,
  
                                    
 Appellant,
  
 v.
  
 ARTURO RUIZ SIFUENTES,
  
                                     Appellee.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-11-00252-CR
  
                          Appeal from
  
 168th District
 Court
  
 of El Paso County,
 Texas
  
 (TC # 20100D00344)
 
 
 
 
  
  
 
 
  
  
 
 
  
 
 


 

                                                     MEMORANDUM
OPINION

 

Pending
before the Court is the State=s
motion to dismiss this appeal pursuant to Tex.R.App.P.
42.2(a).  Finding that the State has
established compliance with the requirements of Rule 42.2(a), we grant the
motion and dismiss the appeal.

 

November 14, 2012                            _______________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

Antcliff, J., not participating

 

(Do Not Publish)